Name & Address:
Ari Nazarov, Trial Attorney, DOJ
PO Box 868, Ben Franklin Station
Washington DC 20044
(202) 514-4120

**FOR OFFICE USE ONLY**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:12-cv-09134-RGK-PJWx |
| v. | |
| CEFERINO ORDEN OLIVAR JR. | Alias SUMMONS |
| DEFENDANT(S). | |

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within __60__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Ari Nazarov, whose address is P.O. Box 868, Ben Franklin Station, Washington DC 20044. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: NOV - 1 2012          By: SHEA BOURGEOIS
                                  Deputy Clerk

                                  (Seal of the Court)   1184

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].

**FOR OFFICE USE ONLY**