Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 ✓____
JS-2/JS-3 ____
Scan Only ____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**United States of America,** ) CASE No. CV 12-09134 RGK(PJWx)
 )
                **Plaintiff,** )
 )
**v.** )
 ) **JUDGMENT**
 ) **(Court Trial)**
**Ceferino Orden Olivar, Jr.** )
 )
                **Defendant.** )
_____ )
 )
 )

       Having found that Defendant Ceferino Orden Olivar, Jr.

illegally procured citizenship by lacking the required good moral

character, the Court ordered Defendant Ceferino Orden Olivar Jr.'s

citizenship revoked on February 18, 2014.


       The Court enters final judgment for Plaintiff United States

against Defendant Ceferino Orden Olivar, Jr.



APR 2 9 2014
_____            _____
Dated                             R. Gary Klausner
                                  United States District Judge